No. 88–1972.   ILLINOIS v. PERKINS.   App. Ct. Ill., 5th Dist. [Certiorari granted, *ante*, p. 808.]   Motion of Daniel M. Kirwan to vacate order of Court entered October 30, 1989 [*ante*, p. 930], and to appoint substitute counsel granted, and it is ordered that Dan W. Evers, Esq., of Mount Vernon, Ill., be appointed to serve as counsel for respondent in this case.

No. 89–275.   COOTER & GELL v. HARTMARX CORP. ET AL. C. A. D. C. Cir.   [Certiorari granted, *ante*, p. 916.]   Motion of Washington Legal Foundation for leave to file a brief as *amicus curiae* granted.

No. 89–350.   LANTANA CASCADE OF PALM BEACH, LTD. v. LANCA HOMEOWNERS, INC., *ante*, p. 964.   Motion of respondent to tax appellate costs and to award appellate legal fees denied.

No. 89–386.   PORT AUTHORITY TRANS-HUDSON CORP. v. FEENEY; and PORT AUTHORITY TRANS-HUDSON CORP. v. FOSTER.   C. A. 2d Cir.   [Certiorari granted, *ante*, p. 932.]   Motion of Pan American World Airways, Inc., et al. for leave to file a brief as *amici curiae* granted.

No. 89–789.   ALABAMA v. WHITE.   Ct. Crim. App. Ala. [Certiorari granted, *ante*, p. 1042.]   Motion of respondent for appointment of counsel granted, and it is ordered that David B. Byrne, Jr., Esq., of Montgomery, Ala., be appointed to serve as counsel for respondent in this case.

No. 89–894.   CONNOLLY, SECRETARY OF STATE OF MASSACHUSETTS, ET AL. v. SECURITIES INDUSTRY ASSN. ET AL.   C. A. 1st Cir.   The Solicitor General is invited to file a brief in this case expressing the views of the United States.